IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRANDON CRAIG WOOD, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00060-TES-CHW |
| | * |
| Warden KARL FORT, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 5, 2023, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 5th day of April, 2023.

David W. Bunt, Clerk

s/ Vanessa Siaca, Deputy Clerk