IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BRANDON CRAIG WOOD,                    *

                  Plaintiff,            *

v.                                        Case No.  5:23-cv-00060-TES-CHW

                                        *

Warden KARL FORT, et al.,

                                        *

                  Defendants.

                                        *

## J U D G M E N T

Pursuant to this Court's Order dated April 6, 2023 having accepted the recommendation of

the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 6th day of April, 2023.

David W. Bunt, Clerk


s/ Vanessa Siaca, Deputy Clerk